1  Lindy F. Bradley, Esq., State Bar No. 207533
     lbradley@bgwlawyers.com
2  Mellania E. Safarian, Esq., State Bar No. 313100
     msafarian@bgwlawyers.com
3  BRADLEY, GMELICH & WELLERSTEIN LLP
   700 North Brand Boulevard, 10th Floor
4  Glendale, California 91203-1202
   Telephone: (818) 243-5200
5  Facsimile: (818) 243-5266

6  Attorneys for Defendant, SF Markets, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ROGELIO LLAMAS, JR., | Case No.: 4:22-cv-02651-HSG |
|---|---|
| Plaintiff, | **STIPULATION TO REMAND TO SUPERIOR COURT; ORDER (as modified)** |
| vs. | Complaint Filed:   2/23/2022 |
| SPROUTS FARMERS MARKET, LLC; PREMIER GROCERY INC., and DOES 1 to 50, | |
| Defendants. | |

   Plaintiff, Rogelio Llamas, Jr. ("Plaintiff"), and Defendant, SF Markets, LLC ("Defendant") (collectively "the Parties") hereby stipulate as follows:

   1)   On February 23, 2020, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Santa Clara, entitled LLAMAS v. SPROUTS FARMERS MARKET, LLC and PREMIER GROCERY, INC.; DOES 1 to 50 inclusive, Case Number 22CV395193 (the "Action").

   2)   Defendant acknowledged service of the Complaint on or about March 22, 2022.

   3)   On May 2, 2022, Defendant filed a Notice of Removal of the Action pursuant to U.S.C. §1441(b) with the United States District Court for the Central District of California.

1
**STIPULATION TO REMAND BACK TO SUPERIOR COURT**

4) On May 4, 2022, Defendant completed the removal process by filing a conformed copy of the Notice of Removal with the Santa Clara County Superior Court.

5) On May 25, 2022, Plaintiff filed a Motion to Remand this Action back to the Superior Court.

6) The Parties subsequently met and conferred regarding the removal of this Action.

7) The Parties agreed that the Action should be remanded to the Santa Clara County Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to Santa Clara County Superior Court.

8) The Parties further stipulate that each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated:  June 7, 2022                    BRADLEY, GMELICH & WELLERSTEIN LLP

By:  /s/ Mellania E. Safarian
Lindy F. Bradley
Mellania E. Safarian
Attorneys for Defendant, SF Markets, LLC

Dated:  June 7, 2022                    THE BOCCARDO LAW FIRM, INC.

By:  /s/ Shelley L. Coleman
John C. Stein, Esq.
Shelley L. Coleman, Esq.
Attorneys for Plaintiff, Rogelio Llamas, Jr.

# ORDER

On June 8, 2022, the Parties to the above-referenced Action filed a Stipulation to Remand this Action back to the Santa Clara County Superior Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation to Remand is approved; and
2. Central District of California case number 4:22-cv-02651-HSG, captioned LLAMAS v. SPROUTS FARMERS, LLC, et al. is hereby remanded to Santa Clara County Superior Court. The Clerk is ordered to close this case.

DATED: June 9, 2022

_____
Judge of The District Court of California