UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO LLAMAS, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPROUTS FARMERS MARKET LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02651-HSG<br><br>**AMENDED ORDER GRANTING STIPULATION TO REMAND**<br><br>Re: Dkt. No. 17 |

On June 8, 2022, the Parties filed a stipulation to remand this action back to the Santa Clara County Superior Court. Dkt. No. 15. Having reviewed that stipulation and finding good cause, the Court orders as follows:

1. The Parties' Stipulation to Remand is approved; and
2. Northern District of California case number 4:22-cv-02651-HSG captioned LLAMAS v. SPROUTS FARMERS, LLC, et al. is hereby remanded to Santa Clara County Superior Court.

The Clerk is ordered to close this case.

**IT IS SO ORDERED.**

Dated: 6/14/2022

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge